# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff<br><br>v.<br><br>ADAM PAUL HUETTNER,<br><br>     Defendant | Case No.: 2:22-cr-0127-APG-EJY<br><br>**Amended Order Granting Motion to Modify Pretrial Release Conditions**<br><br>[ECF Nos. 36, 37] |

Defendant Adam Huettner moves to modify his present terms of release, to allow him to be either at his residence or at his girlfriend's residence. ECF Nos. 36, 37.  Neither the United States Attorney nor the Pretrial Services Office opposes.  Given Mr. Huettner's present health challenges, the motion is supported by good cause.

I THEREFORE ORDER that Mr. Huettner's motion **(ECF Nos. 36, 37) is GRANTED**. His conditions of release are hereby modified to permit him to be at either his Summerlin home or his girlfriend's home (between 12:00 noon and 8:00 p.m.  Mr. Huettner or his counsel will immediately provide to Pretrial Services the address of his girlfriend's home.  All other conditions of release remain the same.

DATED this 11th day of August, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE