JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MISTY L. DANTE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Misty.Dante@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM PAUL HUETTNER,<br><br>Defendant. | 2:22-CR-127-APG-EJY<br><br>**Motion to Vacate the Preliminary Order of Forfeiture, ECF No. 31, and Order** |

The United States respectfully moves this Court to vacate the Preliminary Order of Forfeiture, ECF No. 31, because the defendant has died.

Dated: July 2, 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Misty L. Dante
MISTY L. DANTE
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 8, 2024